Form 332 332.jsp

# UNITED STATES BANKRUPTCY COURT
### District of Rhode Island

Chapter:  7      Case No.:  1:10–bk–12624
Judge:  Arthur N. Votolato

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Joanne M. Matuszek
aka Joanne M. Ethier
362 Wandsworth St
Narragansett, RI 02882–3460

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND
## APPROVAL OF BLANKET BOND

1. The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

Andrew S. Richardson
Boyajian Harrington & Richardson
182 Waterman Street
Providence, RI 02906

2. If the trustee rejects this selection, the trustee must notify the Court and the U.S. Trustee within seven (7) days of receipt of this notice.  Otherwise, the trustee will be deemed to have accepted the office of trustee.

Dated: 6/21/10

United States Trustee

REJECTION

I, Andrew S. Richardson , hereby REJECT appointment as Trustee.
Dated: _____

_____
Andrew S. Richardson

NOTE: If rejected, file with the Court.